**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| v. | * | CIVIL ACTION NO. |
| $13,450.00, more or less, in U.S. Currency, | * | 10-0639-CB-N |
| | * | |
| Defendant. | * | |

**FINAL ORDER OF FORFEITURE**

In accordance with the separate Order entered on this date, it is

**ORDERED**, **ADJUDGED**, and **DECREED** that the defendant, $13,450.00, is **forfeited** to the plaintiff, the United States of America, pursuant to 21 U.S.C. § 881(a)(6) for disposition according to law.

**DONE** and **ORDERED** this the 10th day of September, 2012, *nunc pro tunc* the 27th day of August, 2012.

s/*Charles R. Butler, Jr.*
**Senior United States District Judge**